**D** **The DeHaan Law Firm** P.C.

JOHN W. DEHAAN, ESQ.
WWW.DEHAAN-LAW.COM

Mail: P.O. Box 5248 ▪ Hauppauge, New York 11788 ▪ 631.582.1200
Office: 746 Merrick Road ▪ Baldwin, New York 11510

March 20, 2026

**Via ECF**
Hon. Ona T. Wang, U.S. Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED.

Re:     **McAvoy-Miceli v. Bisignano, Comm'r of Soc. Sec.**
         **Docket No.: 1:25-CV-09371-OTW**

Dear Magistrate Judge Wang:

I represent the plaintiff, Heather McAvoy-Miceli, in the above-referenced matter seeking review of the Commissioner's denial of Social Security disability benefits. Fergus Kaiser from the Office of General Counsel represents the Commissioner.

I write in accordance with Your Honor's Individual Practice Rules and Local Social Security Rule 4.1 to request an extension of the briefing schedule in this case which, if granted, would result in the following changes:

|  | Current Deadline | **New Deadline** |
|---|---|---|
| Plaintiff to Serve/File Motion | Mar. 27, 2026 | **June 26, 2026** |
| Defendant to Serve/File Response | April 27, 2026 | **Aug. 25, 2026** |
| Plaintiff to Serve/File Reply | May 11, 2026 | **Sept. 8, 2026** |

I make this request because I have had multiple conflicting and overlapping deadlines on other cases, largely due to delays caused by the government shutdown last fall, which has made it impossible to complete my moving papers by the current deadline. Due to the chaos the shutdown has caused with my schedule, I am asking for a longer deadline than I would normal request in an attempt to avoid multiple adjournment requests on the same case.

I have consulted with Mr. Kaiser, and he consents to this request and the above changes reflect his input. There have been no prior requests for an adjournment of these deadlines.

Plaintiff's application is **GRANTED.**
The parties are directed to submit briefing on
Plaintiff's motion for judgment on the
pleadings in accordance with Plaintiff's
proposed deadlines.

Respectfully submitted,
**THE DEHAAN LAW FIRM P.C.**
By:    /s/ *John W. DeHaan*
John W. DeHaan, Esq.
jdehaan@dehaan-law.com

**SO ORDERED.**

Ona T. Wang        March 27, 2026
U.S.M.J.